Cite as 2013 Ark. 470



# SUPREME COURT OF ARKANSAS

**No.** CV-13-499

BILLY RAY HALE
    APPELLANT

v.

STATE OF ARKANSAS
    APPELLEE

**Opinion Delivered**    November 14, 2013

PRO SE MOTION FOR APPOINTMENT OF COUNSEL AND MOTION TO FILE BELATED REPLY BRIEF, 39CV-13-12 [LEE COUNTY CIRCUIT COURT, 39CV-13-12, HON. L.T. SIMES, JUDGE]

MOTION FOR APPOINTMENT OF COUNSEL GRANTED; MOTION TO FILE BELATED REPLY BRIEF MOOT.

**PER CURIAM**

Appellant Billy Ray Hale has lodged an appeal in this court from an order of the circuit court denying his pro se petition for writ of habeas corpus. Now before us are appellant's pro se motions for appointment of counsel and to file a belated reply brief. We find good cause to grant the motion for appointment of counsel and appoint Misty Borkowski. Our clerk is directed to set a new briefing schedule for the appeal. As counsel has been appointed, the motion to file belated reply brief is moot.

Motion for appointment of counsel granted; motion to file belated reply brief moot.

*Billy R. Hale*, pro se appellant.